

Lorraine@lgrlawgroup.com
WWW.LGAULIRUFO.COM

LORRAINE GAULI-RUFO, ESQ.

NEW JERSEY OFFICE
06 POMPTON AVENUE, SUITE 25
CEDAR GROVE, NJ 07009
(973) 239-4300

HANNAH EAVES, ESQ

NEW YORK OFFICE
347 5TH AVENUE, SUITE 1402
NEW YORK, NY 10016
(646) 205-2259

Please Reply to Cedar Grove Office

September 12, 2025

*Via ECF*
Hon. Vernon S. Broderick
United States District Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

**APPLICATION GRANTED
SO ORDERED** [signature]
**VERNON S. BRODERICK
U.S.D.J.** 09/15/2025

Re: *United States v. Tymeek Johnson*
Case No. 25-CR-23 (VSB)
Interim Payments Request

Dear Judge Broderick:

    I was appointed to represent Tymeek Johnson in the above referenced matter, pursuant to the Criminal Justice Act (CJA). I am writing to respectfully request that the Court permit my defense team and me to submit interim vouchers in this matter. Granting this request would significantly assist in the management of our practice and help us avoid the economic hardship of waiting for this matter to conclude and being cognizant of the fact that CJA payments are currently being held in advance until October. Therefore, I respectfully request that Your Honor grants permission to submit interim vouchers for my defense team and me.

Your Honor's time and consideration of this request is greatly appreciated.

Respectfully Submitted,

[signature: Lorraine Gauli-Rufo]

Lorraine Gauli-Rufo, Esq.
*Attorney for Tymeek Johnson*

2